UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAYLONTRE LAQWAN BROOKS,<br><br>Defendant.<br>_____/ | Case: 1:22-cr-20587<br>Judge: Ludington, Thomas L.<br>MJ: Morris, Patricia T.<br>Filed: 11-09-2022 At 02:14 PM<br><br>Violations:<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 924(c)(1)(a)(i)<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Possession with intent to distribute fentanyl
### 21 U.S.C. § 841(a)(1) & 841(b)(1)(B)(viii)

On or about September 1, 2022, in the Eastern District of Michigan, Daylontre Laqwan Brooks, knowingly possessed with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(vii).

### COUNT TWO
### Possession of a firearm in furtherance of a drug trafficking crime
### 18 U.S.C. § 924(c)(1)(a)(i)

On or about September 1, 2022, in the Eastern District of Michigan, Daylontre Laqwan Brooks, knowingly possessed a firearm, that is, one Glock,

Model 17, 9mm caliber, semi-automatic pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute fentanyl, as alleged in Count One of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(a)(i).

## COUNT THREE
### Felon in possession of a firearm
### 18 U.S.C. § 922(g)(1)

On or about September 1, 2022, in the Eastern District of Michigan, Daylontre Laqwan Brooks, knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, one Glock, Model 17, 9mm caliber, semi-automatic pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853(a). The allegations contained in Counts Two and Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Section 841, the defendant shall forfeit to the United States: (1) any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense; and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), upon conviction of any offense(s) in violation of Title 18, United States Code, Sections 922(g) and 924(c), the defendant shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense(s).

Dated: November 9, 2022

THIS IS A TRUE BILL

s/*Grand Jury Foreperson*
GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/*Anthony P. Vance*
ANTHONY P. VANCE
Assistant United States Attorney
Chief, Branch Offices

s/*Katharine Hemann*
KATHARINE HEMANN
Assistant U.S. Attorney
101 First Street, Suite 200
Bay City, Michigan 48708-5747
(989) 895-5712
Katharine.Hemann@usdoj.gov

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

**Companion Case Information**

This may be a companion case based upon LCrR 57.10 (b)(4)[1]:

☐ Yes    X No

Case: 1:22-cr-20587
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-09-2022 At 02:14 PM

**Case Title:** USA v. Daylontre Laqwan Brooks

**County where offense occurred:** Saginaw County

**Check One:** X Felony    ☐ Misdemeanor    ☐ Petty

```
  x  Indictment/_____Information --- no prior complaint.
_____Indictment/_____Information --- based upon prior complaint [Case number:]
_____Indictment/_____Information --- based upon LCrR 57.10 (d) [Complete Superseding section below].
```

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐  Corrects errors; no additional charges or defendants.
☐  Involves, for plea purposes, different charges or adds counts.
☐  Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

Date: November 9, 2022

s/Katharine Hemann
Katharine Hemann
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:  989-895-5712
Fax: 989-895-5790
E-Mail address: Katharine.hemann@usdoj.gov
Attorney Bar #:  WSBA# 46237

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.